

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2021

No. 04-21-00285-CV

Alma Maldonado **GONZALEZ**,
Appellant

v.

**VANTAGE BANK TEXAS**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23070
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellee Vantage Bank Texas moved this court to order Appellant to show authority, and on October 8, 2021, we denied Appellee's motion.

Before our order issued, Appellant moved this court for leave to file additional argument on why she should not be compelled to show authority. Because our October 8, 2021 order denied Appellee's motion, Appellant's motion for leave to file additional authority is MOOT.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court